**Order filed June 29, 2016**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00483-CR
_____

**STEPHEN NOAH DAWKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1331874**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #89 (DVD).**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #89 (DVD), on or before **July 8, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #89 (DVD), to the clerk of the 178th District Court.

PER CURIAM